**91–2335.** Walsh v. Jagadeesan. *Stark County,* No. CA–8407. On motion for leave to exceed page limit. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–105.** Arnold v. Cleveland. *Cuyahoga County,* No. 59260. On motion for leave to file *amicus* of Beaver et al. Motion granted.

**92–465.** Krejci v. Prudential Property & Cas. Ins. Co. Certified Question of State Law, No. 91CV1545. *Sua sponte,* this cause will be set for oral argument.

MOYER, C.J., and HOLMES, J., dissent.

H. BROWN, J., not participating.

**92–475.** State ex rel. Martin v. Cleveland. *Cuyahoga County,* No. 60977. On motion to establish briefing schedule. Motion granted.

**92–625.** Gergely v. Van Voorhis. *Erie County,* Nos. E–90–36 and E–89–10. On motion for extension of time to file copies of record. Motion granted.

**92–688.** State ex rel. Able Temps, Inc. v. Indus. Comm. In Mandamus. On motion to reconsider denial of extension. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–939.** State ex rel. Youghiogheny & Ohio Coal Co. v. Indus. Comm. In Mandamus. On motion to strike additional evidence. Motion denied.

**92–1008.** Kalina v. Sagen. *Cuyahoga County,* No. 59761. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.

**92–1030.** Franks v. Sandusky Twp. Bd. of Trustees. *Sandusky County,* No. S–91–18. On motion for leave to exceed page limit. Motion granted.

SWEENEY and HOLMES, JJ., dissent.

RESNICK, J., not participating.

**92–1181.** State ex rel. Ohio Mechanical Contracting Industry, Inc. v. Cleveland. In Mandamus. On motion to strike. Motion denied.

WRIGHT, J., would dismiss the cause.

**92–1245.** State v. Richard. *Cuyahoga County,* No. 54228. On motion to advance on docket. Motion denied.

**92–1248.** State v. Richard. *Cuyahoga County,* No. 54227. On motion to advance on docket. Motion denied.

**92–1249.** State v. Richard. *Cuyahoga County,* No. 54040. On motion to advance on docket. Motion denied.

**92–1308.** Cleveland v. Willis. *Cuyahoga County,* No. 63309. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1355.** Gahanna v. O'Brien. *Franklin County,* No. 91AP–1311. On motion for leave to file memorandum in support instanter. Motion denied.

HOLMES, WRIGHT and RESNICK, JJ., dissent.

**92–1391.** Dayton Bar Assn. v. Susser. On motion to withdraw as counsel. Motion granted.

**92–1452.** Lake Cty. Bd. of Commrs. v. Weaver. *Lake County,* No. 89–L–14–076. On motion for leave to file notice of appeal and brief instanter. Motion granted.

**92–1529.** State v. Wiley. *Huron County,* No. H–91–050. On motion for leave to withdraw pleading. Motion granted.

DOUGLAS, J., would dismiss the cause.

**92–1580.** State ex rel. Harrison v. Williams. In Mandamus. *Sua sponte,* alternative writ granted.

HOLMES, J., dissents.